UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES STIFFLER a/k/a<br>CHARLIE STIFFLER,<br><br>Plaintiff,<br><br>v.<br><br>FRONTLINE ASSET<br>STRATEGIES, LLC,<br><br>Defendant. | CIVIL ACTION NO. 3:18-cv-01337<br><br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 12th day of December, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's motion to strike (Doc. 8) is **GRANTED**; and

2. The defendant's Sixth Affirmative Defense (raising a statute of limitations defense under 15 U.S.C. § 1692k(d)) and Eleventh Affirmative Defense (raising a bona fide error defense under 15 U.S.C. § 1692k(c)) are **STRUCK without prejudice**.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge