UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES STIFFLER a/k/a CHARLIE STIFFLER,<br><br>Plaintiff,<br><br>v.<br><br>FRONTLINE ASSET STRATEGIES, LLC,<br><br>Defendant. | CIVIL ACTION NO. 3:18-cv-01337<br><br>(SAPORITO, M.J.) |

## ORDER

**AND NOW, this 26th day of June, 2019,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's Motion to Compel and for Sanctions (Doc. 40) is **GRANTED in part and DENIED in part**; and

2. The defendant shall pay the plaintiff his reasonable attorney fees incurred after November 15, 2018, in bringing the Motion to Compel and for Sanctions (Doc. 40).

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge