# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES STIFFLER a/k/a CHARLIE STIFFLER, <br><br> Plaintiff, <br><br> v. <br><br> FRONTLINE ASSET STRATEGIES, LLC, <br><br> Defendant. | CIVIL ACTION NO. 3:18-cv-01337 <br><br> (SAPORITO, M.J.) |

# <u>ORDER</u>

AND NOW, this 2nd day of July, 2019, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendant's motion for judgment on the pleadings (Doc. 15) is **GRANTED**;

2. The first amended complaint (Doc. 5) is **DISMISSED with prejudice** for failure to state a claim; and

3. The Clerk is directed to **CLOSE** this case.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge
